# In the United States Court of Federal Claims

Paul Fishbein

)
)
)
)

**Plaintiff(s),**

)
)
)

**v.**

)
)

**THE UNITED STATES,**

)
)
)

Sarah Kushner
Arun Subramanian **Defendant.**

)
)
)

Case No. _____

25-874 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Received – USCFC

MAY 2 2 2025

## 2. PARTIES

Plaintiff, _____Paul Fishbein_____, resides at _____8200 Shore Front PKWY #4D_____

_____Rockaway Beach, NY 11693_____,    (Street Address)
                                                _347-524-1571 sister Amy Khan_
_____(City, State, ZIP Code)_____    _____(Telephone Number)_____

If more than one plaintiff, provide the same information for each plaintiff below.

_Sarah Kushner Prosecutor_
_Arun Subramanian Judge_
_____
_____

## 3. PREVIOUS LAWSUITS. Have you begun other lawsuits in the United States Court of Federal Claims?    [ ] Yes  [X] No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

I request an order for case United States V. Paul Fishbein docket No. 21 Cr. 296 (PAC) (charges: wire fraud 18 U.S.C. section 1343, mail fraud 18 U.S.C. section 1341, theft of government funds 18 U.S.C. section 641, aggravated identity theft 18 U.S.C. section 1028(A) (1) and 1028A(B), healthcare fraud 18 U.S.C. section 1347) located at United States district court, Southern district of New York, 500 Pearl Street, New York, New York 10007, That this case be dismissed and any debt be discharged. I request an order directing the government to return personal property seized on April 6,2021 from residences. Including, but not limited to passport, electronic devices (e.g. computers,cell phones) and other business and personal property. I request an order for my immediate release from custody.

I have immunity. let"s look at the United States Constitution Article 4 Section 2 The Citizens of each state shall be entitled to all privileges" and immunities of Citizens in the several states and Amendment 11 The Judicial powers of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another state, or by Citizens or subjects of any foreign state.

I am taking this Oath or Affirmation(raising my right hand) I do solemnly swear (or affirm) that the judge(s) is a trust, the prosecutor(s) is the trustee and Paul Fishbein is the beneficiary on ALL MY CASES. This is a IMPLIED CONTRACT with no expiration date.

A-6

Paul Fishbein

VS

United States, Arun Subramanian (judge),          Miscellaneous Case
Sarah Kushner (Prosecutor)

_____          Docket #

       I request an order for case Unites States V. Paul Fishbein docket No. 21 Cr. 296 (PAC) (charges: wire fraud 18 U.S.C section 1343, mail fraud 18 U.S.C. section 1341, theft of government funds 18 U.S.C section 641, aggravated identity theft 18 U.S.C. section 1028(A) (1) and 1028A(B), health care fraud 18 U.S.C. section 1347) located at United States district court, Southern district of New York, 500 Pearl Street, New York, New York 10007, That this case be dismissed and any debt be discharged. I request an order directing the government to return personal property seized on April 6, 2021 from residences. Including , but not limited to passport, electronic devices (e.g. computers, cell phones) and other business and personal property. I request an order for my immediate release from custody.

       I have immunity. let's look at the United States Constitution Article 4 Section 2 The Citizens of each state shall be entitled to all privileges' and immunities of Citizens in the several states and Amendment 11 The judicial powers of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another state, or by Citizens or subjects of any foreign state.

       I am taking this Oath or Affirmation(raising my right hand). I do solemnly swear (or affirm) that the judge(s) is a trust, the prosecutor(s) is the trustee and Paul Fishbein is the beneficiary on ALL MY CASES. This is a IMPLIED CONTRACT with no expiration date.

       Consistent with 28 USC Section 1746. I declare under penalty of perjury that foregoing is true and correct Executed April 2, 2025.

PLEASE SEE ATTACHMENTS

COURT: United States Court Of Federal Claims
      717 Madison Place, NW
      Washington, DC 20439
      (202) 357-6406

                                Respectfully Submittled,

                                  /S/
                                PAUL FISHBEIN

                              *Paul Fishbein*  Agent
                                All Rights Reserved Without Prejudice

CURRENT LOCATION: Paul Fishbein
                    Register No. 38428-509
                    P.O. Box 2000
                    FCI Fort Dix Camp
                    Joint Base MDL, NJ 08640

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

I want the court to dismiss all charges and debts (explained above) and release me from custody and return my seized property in its entirety. I Paul Fishbein is a private person, therefore the fee for $405.00 is waived, government pays the $405.00

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___14___ day of ___May___, ___2025___.
         (day)              (month)           (year)

Paul Fishbein Agent
All Rights Reserved without Prejudice

_____
Signature of Plaintiff(s)

A-7